September 20, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JUDITH KING, INDEPENDENT EXECUTOR OF THE ESTATE OF KENNETH KING, DECEASED, Appellant

NO. 14-12-00621-CV                     V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE OWNERS OF ACCREDITED MORTGAGE LOAN TRUST 2004-4, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on June 25, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Judith King, Independent Executor of the Estate of Kenneth King, Deceased.

We further order this decision certified below for observance.